#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **TYRRELL L. JONES EILAND,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SCOTT D. PULSIPHER, President Western Governors University, et. al.**<br><br>**Defendants.** | **REPORT & RECOMMENDATION**<br><br>**Case No: 2:20-cv-00743**<br><br>**District Judge David Barlow**<br><br>**Magistrate Judge Dustin Pead** |

This matter is before the court pursuant to a 28 U.S.C. §636(b)(1)(B) referral from District Court Judge David Barlow. (ECF No. 6.) On October 29, 2020, pursuant to 28 U.S.C. §1915 ("the IFP statute"), Plaintiff Tyrrell L. Jones Eiland ("Plaintiff" or "Mr. Eiland") was granted leave to proceed *in forma pauperis* without the prepayment of fees. (ECF No. 2.)

Whenever the court authorizes a party to proceed under the IFP statute, the court is required to "dismiss the case at any time if . . . the action or appeal . . . is frivolous or malicious . . . [or] fails to state a claim on which relief may be granted." 28 U.S.C. §1915(e)(2)(B)(i)(ii). Consistent therewith, on December 14, 2020, the court conducted a § 1915 review and concluded that Mr. Eiland's pleading complaint failed to comply with federal pleading requirements or sufficiently state a claim for relief. (ECF No. 7); *Id.* As a result, the court granted Plaintiff an additional twenty (20) days, or until December 30, 2020, to file an amended pleading. As of this date, Mr. Eiland has not filed an amended complaint.

Accordingly, for the reasons set forth in the Court's December 14, 2020, Ruling and Order, the Court hereby RECOMMENDS to the District Court that Plaintiff's action be dismissed without prejudice.

Copies of this Report and Recommendation are being sent to Plaintiff who is hereby notified of his right to object. Within fourteen (14) days of being served with a copy, any party may serve and file written objections. *See* 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 19 January 2021.

_____
Dustin B. Pead
United States Magistrate Judge