IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| TYRELL L. JONES EILAND,<br><br>                Plaintiff,<br><br>v.<br><br>SCOTT D. PULSIPHER, President Western Governors University, et. al.,<br><br>                Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:20-cv-00743-DBB-DBP<br><br>District Judge David Barlow |

      This case was assigned to United States District Court Judge David Barlow, who then referred it to United States Magistrate Judge Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). On January 19, 2021, Judge Pead issued a Report and Recommendation,[1] recommending that the court dismiss Plaintiff's action without prejudice. Plaintiff filed no objection to the Report and Recommendation. After reviewing the file *de novo*, and for the reasons stated by Judge Pead, the court hereby APPROVES AND ADOPTS Judge Pead's recommendation in its entirety. Accordingly, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

      Signed February 5, 2021.

                                        BY THE COURT

                                        _____
                                        David Barlow
                                        United States District Judge

---

[1] ECF No. 8.